# UNITED STATES DISTRICT COURT
## for the
### Southern District of Georgia

FILED
U.S. DISTRICT COURT

2009 MAR 13 P 2:58

B McCarthy

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: CR103-00005-001 |
| Travis Antwan Lanham ) | USM No: 11429-021 |
| Date of Previous Judgment: August 8, 2003 ) | John T. Garcia |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of [X] the defendant [ ] the Director of the Bureau of Prisons [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
[ ] DENIED. [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __121__ months **is reduced to** __100 months__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __29__  Amended Offense Level: __27__
Criminal History Category: __IV__  Criminal History Category: __IV__
Previous Guideline Range: __121__ to __151 plus 60__ months  Amended Guideline Range: __100__ to __125 plus 60__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
[ ] The reduced sentence is within the amended guideline range.
[X] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[X] Other (explain): The reduced 100-month term consists of terms of 40 months imprisonment as to Count 1 and 60 months imprisonment as to Count 3, to be served consecutively to each other to the extent necessary to produce a total term of 100 months imprisonment.

### III. ADDITIONAL COMMENTS
The Court considered the facts of this case and all relevant factors of 18 U.S.C. § 3553(a), specifically deterrence, punishment, and the need to protect the community, when determining the appropriate sentence reduction in this case.

Except as provided above, all provisions of the judgment dated __August 8, 2003__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __March 13, 2009__

_____
Judge's signature

Dudley H. Bowen, Jr.
United States District Judge

Effective Date: _____
(if different from order date)  Printed name and title